# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

No. 17-50247
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 10, 2018

Lyle W. Cayce
Clerk

———————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

IVAN SERVIN,

Defendant-Appellant

———————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:16-CR-1478-1

———————

Before DAVIS, JONES, and DUNCAN, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Ivan Servin has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Servin has filed responses. The record is not sufficiently developed to allow us to make a fair evaluation of Servin's claims of ineffective assistance of counsel; we

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-50247

therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Servin's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.